### Arnold B. CLARKE, Plaintiff–Appellant,

v.

### ATTORNEY GENERAL'S OFFICE; Judge Kulp, Henrico County Court; Commonwealth's Attorney's Office, of Virginia, Defendants–Appellees.

No. 02–1387.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 25, 2002.

Arnold B. Clarke, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Arnold B. Clarke appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and

the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Clarke v. Attorney Gen. Office*, No. CA–02–98 (E.D.Va. Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*